JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHNNY CHOINSKI, | No. CV 09-8967-MMM (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. SALAZAR, Warden, et al., | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: March 19, 2010

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE